**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Jennifer Marcum, | : |
| | :    **Case No. 2:24-cv-04048** |
| **Plaintiff,** | : |
| **v.** | :    **Judge Graham** |
| | : |
| State of Ohio, *et al.*, | :    **Magistrate Judge Bowman** |
| | : |
| **Defendants.** | : |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations ("R&R") of Chief United States Magistrate Judge Bowman (doc. 31), recommending that this matter be dismissed due to the plaintiff's failure to prosecute. As recited in the R&R, Plaintiff failed to comply with an order issued on September 16, 2025, which directed Plaintiff to take certain steps necessary to effect service. *Id.* at # 642. No objections to the R&R have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding no clear error in the R&R, the Court hereby **ADOPTS** the same.

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED**.

      **IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: June 8, 2026